**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02569-CMA-CBS

DAVID PRICHARD,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming February 14, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on March 25, 2014 it is

    ORDERED that hat Plaintiff's objection (Doc. # 27) is OVERRULED . It is

    FURTHER ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (Doc. # 26) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is

    FURTHER ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

    FURTHER ORDERED that this case is DISMISSED IN ITS ENTIRETY.

    Dated at Denver, Colorado this 26th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk